UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Rudy Stanko,

       Petitioner,

v.                                                                        Civil No. 08-4991 (JNE/JJG)
                                                                       ORDER

Ricardo Rios, Michael K. Nelley,
and Harley Lappin,

       Respondents.

This case is before the Court on a Report and Recommendation issued by the Honorable Jeanne J. Graham, United States Magistrate Judge, on March 31, 2009. The magistrate judge recommended that Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (2006) be denied, that this litigation be dismissed, and that judgment be entered. Petitioner objected. The Court has conducted a de novo review of the record. *See* D. Minn. LR 72.2(b). Based on that review, the Court adopts the Report and Recommendation. Therefore, IT IS ORDERED THAT:

    1.      Petitioner's petition for writ of habeas corpus [Docket No. 1] is DENIED.

    2.      This case is DISMISSED WITH PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: May 8, 2009

                                                                            s/ Joan N. Ericksen
                                                                            JOAN N. ERICKSEN
                                                                            United States District Judge